307 N.Y. 788 (1954)
Jennie H. Hawk et al., Respondents,
v.
State of New York, Appellant. (Claim No. 31211.)
Court of Appeals of the State of New York.
Argued May 19, 1954.
Decided July 14, 1954
Nathaniel L. Goldstein, Attorney-General (Henry S. Manley and Wendell P. Brown of counsel), for appellant.
Samuel L. Greenberg and Erwin Greenberg for respondents.
Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.
Judgment affirmed, with costs; no opinion.